JARVIS v. DAVISON. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by Howard B. Jarvis against Estelle J. Davison.

PER CURIAM. Action dismissed, upon the ground that no person interested and entitled to enforce the restriction is a party to the controversy, and that without such presence a decision as to them would be inoperative, and upon the further ground that the submission is not properly acknowledged.

JENKINS v. DELAWARE & H. CO. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Josiah W. Jenkins against the Delaware & Hudson Company.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., dissents. HOWARD, J., not sitting.

JENKINS, Appellant, v. GRUEN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Mary Jenkins against Fanny Gruen and others. S. H. Stuart, of New York City, for appellant. W. G. Evans, of Rome, for respondents. No opinion. Determination (137 N. Y. Supp. 853) affirmed, with costs, and judgment absolute ordered on stipulation, with costs. Order filed. See, also, 154 App. Div. 940, 139 N. Y. Supp. 1128.

In re JENNINGS. (Supreme Court, Appellate Division, First Department. May 16, 1913.) In the matter of Herbert T. Jennings. Respondent disbarred. No opinion. Settle order on notice.

JENSEN, Appellant, v. PHILLIPS, Respondent. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Anne Jensen against Louise Phillips, as administratrix. H. B. Bradbury, of New York City, for appellant. E. P. Kilroe, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

JESSOP, Respondent, v. PULVER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Alma Jessop against Augusta Pulver and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

JOYCE, Appellant, v. WEBSTER et al., Respondents. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Margaret Joyce against Henry J. Webster and others. C. Podsenick, of New York City, for appellant. L. McKee, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

J. P. DUFFY CO. v. TODEBUSH. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by the J. P. Duffy Company against August Todebush. No opinion. Application granted. Order signed. See, also, 139 N. Y. Supp. 112.

JUKOFSKY et al., Respondents, v. KOTTLER et al., Appellants. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Sam Jukofsky and another against Joseph Kottler and another. R. Link, of New York City, for appellants. I. Solomon, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JUSSILA, Appellant, v. JUSSILA, Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Katie Jussila against John Jussila. No opinion. Judgment affirmed, with costs. See, also, 152 App. Div. 910, 137 N. Y. Supp. 1124.

KANCHER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Christina Kancher against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

In re KARLINER. (Supreme Court, Appellate Division, First Department. April 11, 1913.) In the matter of Bernard L. Karliner. No opinion. Referred to official referee. Settle order on notice.

KARPF, Appellant, v. FRANKENSTEIN, Respondent. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Max Karpf against Arthur Frankenstein. No opinion. Judgment and order of the County Court of Westchester County affirmed, with costs.

KAUFFMAN et al., Respondents, v. SIMIS, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Leon Kauffman and another against Ada L. Simis, impleaded with others. J. S. Darcy, of New York City, for appellant. M. Cohn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 141 N. Y. Supp. 110; 141 N. Y. Supp. 1125.

KAUFFMAN v. SIMIS. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Leon Kauffman against Ada L. Simis. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1125.

In re KEEFFE. (Supreme Court, Appellate Division, First Department. February 14, 1913.) In the matter of Matthew J. Keeffe, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed. See, also, 141 N. Y. Supp. 5.